**Eddie BELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 51728.

Missouri Court of Appeals,
Western District.

Aug. 27, 1996.

Emmett D. Queener, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Becky Owenson Kilpatrick, Assistant Attorney General, Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

*ORDER*

PER CURIAM:

Eddie Bell appeals from the denial of his Rule 24.035 motion for post-conviction relief, after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

**Jesse KLUMPP, Plaintiff/Appellant,**

v.

**Frances SANCEGRAW, Phillip Nixon and Gloria Gourley, Defendants/Respondents.**

No. 70240.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 27, 1996.

Jesse Klumpp, Mineral Point, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, III, Asst. Atty. Gen., John R. Munich, Deputy Atty. Gen., Gretchen E. Rowan, Asst. Atty. Gen., Jefferson City, for defendants/respondents.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Plaintiff, pro se, appeals the dismissal of his petition for declaratory judgment so "that he can file and maintain a suit in the United States District Court." Presumably, plaintiff seeks a declaratory judgment stating that he has no remedies under Missouri law for deprivation of property, so that he can pursue a claim in federal court under 42 U.S.C. § 1983. The trial court dismissed his petition. An extended opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).